# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley Ann Hughes<br>aka Ashley A. Hughes<br>aka Ashley Hughes<br>James Joseph Hughes Sr.<br>aka James Hughes<br>aka James Hughes, Sr.<br>aka James Joseph Hughes<br>aka James J. Hughes<br>aka James J. Hughes, Sr.<br><br>**Debtors** | BK NO. 19-00887 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322