UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. |
| | : | |
| JAMES JOSEPH HUGHES SR. | : | 5:19-bk-00887 |
| ASHELY ANN HUGHES | : | |
| | : | |
| DEBTOR(S) | : | |
| | : | |
| NET FEDERAL CREDIT UNION | : | |
| | : | |
| CREDITOR | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of NET Federal Credit Union, creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a request is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Respectfully Submitted,

s/ John Fisher, Esquire
Attorney for NET Federal Credit Union
126 South Main Street
Pittston, Pennsylvania  18640
Phone: 570-569-2154
Fax: 570-569-2167
Email: fisherlawoffice@yahoo.com
PA Supreme Court Identification #90550