```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                         Case No. 19-00887-RNO
James Joseph Hughes, Sr.                                       Chapter 13
Ashley Ann Hughes
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini             Page 1 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: ntnew341          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         James Joseph Hughes, Sr.,    Ashley Ann Hughes,    116 Moosic St,   Olyphant, PA  18447-1712
cr            +NET Federal Credit Union,    119 Mulberry Street,    Scratnon, PA 18503-1207
5168763        Aaron's,    340 S Washington Ave,    Scranton, PA  18505-3815
5168768        Community Bank,    PO Box 509,    Canton, NY  13617-0509
5168769        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
5168770       +Freedom Mortgage Corp,    10500 Kincaid Dr,    Fishers, IN 46037-9764
5168761        Hughes Ashley Ann,    116 Moosic St,    Olyphant, PA  18447-1712
5168760        Hughes James Joseph Sr,    116 Moosic St,    Olyphant, PA  18447-1712
5168762        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5168773        Net Federal Cu,    119 Mulberry St,    Scranton, PA  18503-1207
5168775       +PPL,   2 N 9th St,    Allentown, PA 18101-1179
5168774       #Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA  17104-3425
5168776        Regency Cons Disc Co I,    393 Meridian Ave,    Scranton, PA  18504-2630
5168779        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5168781       #+Trident Asset Manageme,    53 Perimeter Ctr E,    Atlanta, GA 30346-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 19:18:46
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5168764         E-mail/Text: agency@americanfirstfinance.com Apr 18 2019 19:09:07     Amer Fst Fin,
                7330 W 33rd St N,    Wichita, KS  67205-9369
5168767       +E-mail/Text: documentfiling@lciinc.com Apr 18 2019 19:08:41     COMCAST,    Comcast Center,
                1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
5168765         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 19:19:11
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5168766         E-mail/Text: bankruptcy@cavps.com Apr 18 2019 19:09:03     Cavalry Portfolio Serv,
                PO Box 27288,    Tempe, AZ  85285-7288
5170398       +E-mail/Text: bankruptcy@cavps.com Apr 18 2019 19:09:03     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5168771         E-mail/Text: support@ljross.com Apr 18 2019 19:08:49     L J Ross Associates In,
                4 Universal Way,    Jackson, MI  49202-1455
5182376         E-mail/Text: bkr@cardworks.com Apr 18 2019 19:08:39     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5168772         E-mail/Text: bkr@cardworks.com Apr 18 2019 19:08:39     Merrick Bank Corp,    PO Box 9201,
                Old Bethpage, NY  11804-9001
5182594       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 19:08:57     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5186949       +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2019 19:09:02     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5168777       +E-mail/Text: bankruptcy@sw-credit.com Apr 18 2019 19:08:58     Southwest Credit Syste,
                4120 International Pkwy,    Carrollton, TX 75007-1958
5169000       +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 19:19:11     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5168778         E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 19:18:45     Synchrony Bank,
                140 Wekiva Springs Rd,    Longwood, FL  32779-3604
5168780         E-mail/Text: bankruptcydepartment@tsico.com Apr 18 2019 19:09:08     Transworld Systems Inc,
                PO Box 15520,    Wilmington, DE  19850-5520
5168782         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 18 2019 19:08:40
                VERIZON,    500 Technology Dr Ste 550,    Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 James Joseph Hughes, Sr. MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          John   Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Joseph Hughes Sr.,
aka James Hughes Sr., aka James Hughes, aka James Joseph Hughes, aka James J. Hughes Sr., aka James J. Hughes,

**Debtor 1**

Ashley Ann Hughes,
aka Ashley A. Hughes, aka Ashley Hughes,

**Debtor 2**

Chapter 13

Case No. 5:19−bk−00887−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: May 13, 2019 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 18, 2019

ntnew341 (04/18)