# LOCAL BANKRUPTCY FORM 1007-1(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

James Joseph Hughes Sr.
Ashley Ann Hughes

**Debtor(s)**

: CHAPTER __13__
:
: CASE NO. 5 -19 -bk- 00887-RNO
:
:
:

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

    I, Ashley Ann Hughes, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

        I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

        I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

        My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

  X     I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

        I did not receive payment advices due to factors other than those listed above. (Please explain)

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 05/18/2019

/s/ James Joseph Hughes, Sr.
Debtor

/s/ Ashley Ann Hughes
Joint Debtor