**LOCAL BANKRUPTCY FORM 1007-1(c)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| James Joseph Hughes Sr.<br>Ashley Ann Hughes | : <br> : <br> : <br> : <br> : <br> : | CHAPTER __13__ <br><br> CASE NO. _5_ - _19_ -bk- _00887-RNO_ |
| **Debtor(s)** | : | |

**CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

   I, James Joseph Hughes, Sr.____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

   ⬚   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

   ⬚   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

   ⬚   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

   X   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

   ⬚   I did not receive payment advices due to factors other than those listed above. (Please explain) I have received no regular income other than Social Security payments and retirement income throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

   I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: __05/18/2019_____          /s/ James Joseph Hughes, Sr._____
                                            Debtor

                                            /s/ Ashley Ann Hughes_____
                                            Joint Debtor