```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 19-00887-RNO
James Joseph Hughes, Sr.                                       Chapter 13
Ashley Ann Hughes
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini            Page 1 of 2         Date Rcvd: Jun 19, 2019
                            Form ID: ntcnfhrg         Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db/jdb         James Joseph Hughes, Sr.,    Ashley Ann Hughes,    116 Moosic St,    Olyphant, PA   18447-1712
cr            +NET Federal Credit Union,    119 Mulberry Street,    Scratnon, PA 18503-1207
5168763        Aaron's,    340 S Washington Ave,    Scranton, PA  18505-3815
5197402        American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
5188604       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5168768        Community Bank,    PO Box 509,    Canton, NY  13617-0509
5168769        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD   57107-0145
5168770       +Freedom Mortgage Corp,    10500 Kincaid Dr,    Fishers, IN 46037-9764
5168761        Hughes Ashley Ann,    116 Moosic St,    Olyphant, PA   18447-1712
5168760        Hughes James Joseph Sr,    116 Moosic St,    Olyphant, PA   18447-1712
5168762        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA   18701-1708
5168773        Net Federal Cu,    119 Mulberry St,    Scranton, PA  18503-1207
5168775       +PPL,    2 N 9th St,    Allentown, PA 18101-1179
5195072       +REGENCY FINANCE COMPANY,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5168776        Regency Cons Disc Co I,    393 Meridian Ave,    Scranton, PA   18504-2630
5168779        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:02:40
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5168764        E-mail/Text: agency@americanfirstfinance.com Jun 19 2019 19:58:33     Amer Fst Fin,
                7330 W 33rd St N,    Wichita, KS   67205-9369
5194559       +E-mail/Text: bnc@atlasacq.com Jun 19 2019 19:57:19     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
5168767       +E-mail/Text: documentfiling@lciinc.com Jun 19 2019 19:56:12     COMCAST,    Comcast Center,
                1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
5168765        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 20:03:18
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT   84130-0281
5168766        E-mail/Text: bankruptcy@cavps.com Jun 19 2019 19:58:18     Cavalry Portfolio Serv,
                PO Box 27288,    Tempe, AZ  85285-7288
5170398       +E-mail/Text: bankruptcy@cavps.com Jun 19 2019 19:58:18     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5168771        E-mail/Text: support@ljross.com Jun 19 2019 19:57:36     L J Ross Associates In,
                4 Universal Way,    Jackson, MI  49202-1455
5182376        E-mail/Text: bkr@cardworks.com Jun 19 2019 19:56:06     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5168772        E-mail/Text: bkr@cardworks.com Jun 19 2019 19:56:06     Merrick Bank Corp,    PO Box 9201,
                Old Bethpage, NY  11804-9001
5182594       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2019 19:57:58     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
5197019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2019 20:02:40
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5197528        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 20:04:17
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
5186949       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2019 19:58:11     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5168777       +E-mail/Text: bankruptcy@sw-credit.com Jun 19 2019 19:57:59     Southwest Credit Syste,
                4120 International Pkwy,    Carrollton, TX 75007-1958
5169000       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:57     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5168778        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 20:03:11     Synchrony Bank,
                140 Wekiva Springs Rd,    Longwood, FL  32779-3604
5168780        E-mail/Text: bankruptcydepartment@tsico.com Jun 19 2019 19:58:35     Transworld Systems Inc,
                PO Box 15520,    Wilmington, DE  19850-5520
5168782        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2019 19:56:10
                VERIZON,    500 Technology Dr Ste 550,    Weldon Spring, MO  63304-2225
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5197018*        Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
5168774      ##Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA  17104-3425
5168781     ##+Trident Asset Manageme,    53 Perimeter Ctr E,    Atlanta, GA 30346-2230
                                                                                              TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 James Joseph Hughes, Sr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John   Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br><br>James Joseph Hughes Sr.,<br>aka James Hughes Sr., aka James Hughes, aka James Joseph Hughes, aka James J. Hughes Sr., aka James J. Hughes,<br><br>**Debtor 1**<br><br>Ashley Ann Hughes,<br>aka Ashley A. Hughes, aka Ashley Hughes,<br><br>**Debtor 2** | Chapter<br><br>Case No. | 13<br><br>5:19–bk–00887–RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **July 17, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: July 24, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 19, 2019 |

ntcnfhrg (03/18)