UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES JOSEPH HUGHES, SR. and ASHLEY ANN HUGHES | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| JAMES JOSEPH HUGHES, SR. and ASHLEY ANN HUGHES | : | |
| Respondent(s) | : | CASE NO. 5-19-bk-00887 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 17th day of June, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required

     2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. Paystub for month ending July 31, 2019.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

                                  /s/Charles J. DeHart, III
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 26th day of June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Provinzano, Esquire
16 W Northampton Street
Wilkes Barre, PA   18701

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee