```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00887-RNO
James Joseph Hughes, Sr.                                            Chapter 13
Ashley Ann Hughes
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: TWilson              Page 1 of 1           Date Rcvd: Aug 29, 2019
                            Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb        James Joseph Hughes, Sr.,   Ashley Ann Hughes,   116 Moosic St,   Olyphant, PA  18447-1712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 James Joseph Hughes, Sr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              John Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Joseph Hughes Sr., aka James Hughes Sr., aka James Hughes, aka James Joseph Hughes, aka James J. Hughes Sr., aka James J. Hughes, | Chapter 13 |
| | Case No. 5:19–bk–00887–RNO |
| **Debtor 1** | |
| Ashley Ann Hughes, aka Ashley A. Hughes, aka Ashley Hughes, | |
| **Debtor 2** | |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on May 18, 2019. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: August 29, 2019

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)