UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

CASE NO: 5-19-00887-RNO

    Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on July 15, 2020 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 23, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-19-00887-RNO

JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

      Respondent(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on July 23, 2020.

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA 18701-1708

JAMES JOSEPH HUGHES, SR.
ASHLEY ANN HUGHES
116 MOOSIC ST
OLYPHANT, PA 18447-1712

RESPECTFULLY SUBMITTED,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee

8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 23, 2020