```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 19-00887-RNO
James Joseph Hughes, Sr.                                            Chapter 13
Ashley Ann Hughes
           Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Aug 20, 2020
                              Form ID: pdf010              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db/jdb         James Joseph Hughes, Sr.,   Ashley Ann Hughes,   116 Moosic St,   Olyphant, PA   18447-1712
cr            +NET Federal Credit Union,   119 Mulberry Street,   Scratnon, PA 18503-1207
5168763        Aaron's,   340 S Washington Ave,   Scranton, PA 18505-3815
5197402        American First Finance,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
5168768        Community Bank,   PO Box 509,   Canton, NY 13617-0509
5168769        First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
5168770       +Freedom Mortgage Corp,   10500 Kincaid Dr,   Fishers, IN 46037-9764
5168761        Hughes Ashley Ann,   116 Moosic St,   Olyphant, PA 18447-1712
5168760        Hughes James Joseph Sr,   116 Moosic St,   Olyphant, PA 18447-1712
5168762        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA 18701-1708
5168773        Net Federal Cu,   119 Mulberry St,   Scranton, PA 18503-1207
5168775       +PPL,   2 N 9th St,   Allentown, PA 18101-1179
5195072       +REGENCY FINANCE COMPANY,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
5168776        Regency Cons Disc Co I,   393 Meridian Ave,   Scranton, PA 18504-2630
5168779        Thd/Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2020 20:02:54
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5168764        E-mail/Text: agency@americanfirstfinance.com Aug 20 2020 19:49:56      Amer Fst Fin,
                7330 W 33rd St N,   Wichita, KS 67205-9369
5194559       +E-mail/Text: bnc@atlasacq.com Aug 20 2020 19:49:29      Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
5168767       +E-mail/Text: documentfiling@lciinc.com Aug 20 2020 19:49:22       COMCAST,   Comcast Center,
                1701 John F Kennedy Blvd,   Philadelphia, PA 19103-2899
5188604       +E-mail/Text: documentfiling@lciinc.com Aug 20 2020 19:49:24       COMCAST,   PO BOX 1931,
                Burlingame, CA 94011-1931
5168765        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2020 20:02:51
                Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT 84130-0281
5168766        E-mail/Text: bankruptcy@cavps.com Aug 20 2020 19:49:49      Cavalry Portfolio Serv,
                PO Box 27288,   Tempe, AZ 85285-7288
5170398       +E-mail/Text: bankruptcy@cavps.com Aug 20 2020 19:49:49      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5168771        E-mail/Text: support@ljross.com Aug 20 2020 19:49:32      L J Ross Associates In,
                4 Universal Way,   Jackson, MI 49202-1455
5182376        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 20 2020 20:03:16       MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5168772        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 20 2020 20:02:31       Merrick Bank Corp,
                PO Box 9201,   Old Bethpage, NY 11804-9001
5182594       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2020 19:49:40      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
5197019        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2020 20:02:53
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5197528        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2020 20:03:19
                Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
5186949       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2020 19:49:47      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5168777       +E-mail/Text: bankruptcy@sw-credit.com Aug 20 2020 19:49:41      Southwest Credit Syste,
                4120 International Pkwy,   Carrollton, TX 75007-1958
5169000       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 20:03:08      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5168778        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2020 20:03:09      Synchrony Bank,
                140 Wekiva Springs Rd,   Longwood, FL 32779-3604
5168780        E-mail/Text: bankruptcydepartment@tsico.com Aug 20 2020 19:49:57      Transworld Systems Inc,
                PO Box 15520,   Wilmington, DE 19850-5520
5168782        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2020 19:49:20
                VERIZON,   500 Technology Dr Ste 550,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5197018*       Freedom Mortgage Corporation,   10500 Kincaid Drive,   Fishers, IN 46037-9764
5168774      ##Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
5168781     ##+Trident Asset Manageme,   53 Perimeter Ctr E,   Atlanta, GA 30346-2230
                                                                                 TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 James Joseph Hughes, Sr. MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          John  Fisher    on behalf of Creditor    NET Federal Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| James Joseph Hughes, Sr. | : | |
| Ashley Ann Hughes | : | |
| Debtors | : | |
| | : | CASE NO.: 5:19-bk-00887-RNO |
| James Joseph Hughes, Sr. | : | |
| Ashley Ann Hughes | : | |
| Movants | : | |
| vs. | : | |
| Charles J. DeHart, III, Esquire | : | |
| Respondent | : | |

ORDER

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Temporarily Suspend Trustee Payments, it is hereby ORDERED, ADJUDGED AND DECREED by this Honorable Court that the Debtors' Motion to Temporarily Suspend Trustee Payments is GRANTED and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months (i.e. April 2020 through June 2020) due to a temporary loss of income and it is further ordered that if the Debtors' employment stabilizes prior to the three (3) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: August 19, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (BI)