UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILKES-BARRE DIVISON

In the Matter of:  Case No. 19-00887
James Joseph Hughes Sr. and
Ashley Ann Hughes

**NOTICE OF CHANGE OF ADDRESS**
**CHECK ONLY ONE**

☐ **Debtor's Change of Address**

☑ **Creditor's Change of Address**

NAME: Atlas Acquisitions LLC

OLD MAILING ADDRESS: 294 Union St.

Hackensack, NJ 07601

NEW MAILING ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

Dated: November 4, 2020  /s/Avi Schild
Signature

REQUESTOR'S NAME: Avi Schild

ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.: 888.762.9889

bk@atlasacq.com