UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J.
HUGHES, JAMES HUGHES, JAMES HUGHES,
SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY
HUGHES
        Debtor(s)

                                          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                                    CASE NO: 5-19-00887-RNO

vs.

JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J.
HUGHES, JAMES HUGHES, JAMES HUGHES,
SR., JAMES JOSEPH HUGHES   ASHLEY ANN
HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY
HUGHES
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 10, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   November 10, 2020                      Respectfully submitted,

                                                          /s/   Agatha R. McHale, Esquire
                                                          ID:  47613
                                                          Attorney for Movant
                                                          Charles J. DeHart, III
                                                          Standing Chapter 13 Trustee
                                                          8125 Adams Drive, Suite A
                                                          Hummelstown, PA 17036
                                                          Phone:  (717) 566-6097
                                                          Fax:  (717) 566-8313
                                                          eMail:  amchale@pamd13trustee.com

Case 5:19-bk-00887-RNO   Doc 45   Filed 11/10/20   Entered 11/10/20 11:04:59   Desc
Page 1 of 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAMES JOSEPH HUGHES, SR.<br>AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES<br>ASHLEY ANN HUGHES<br>AKA: ASHLEY A. HUGHES, ASHLEY HUGHES | CHAPTER 13 |
| Debtor(s) | CASE NO: 5-19-00887-RNO |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

### NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> December 2, 2020 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 720.00**
**AMOUNT DUE FOR THIS MONTH: $240.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $960.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

   If **submitting payment by U.S. First Class Mail** mail to**:**
      **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097

Dated:  November 10, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR.,
JAMES J. HUGHES, JAMES
HUGHES, JAMES HUGHES, SR.,
JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES,
ASHLEY HUGHES

CHAPTER 13

Debtor(s)

CASE NO: 5-19-00887-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA  18701-1708

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

JAMES JOSEPH HUGHES, SR.
ASHLEY ANN HUGHES
116 MOOSIC ST
OLYPHANT, PA  18447-1712

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 10, 2020

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-00887-RNO

vs.

JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY HUGHES

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.