## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 19-00887** |
| **James Joseph Hughes, Sr. AKA James** | **:** | **Chapter 13** |
| **Hughes, AKA James Hughes, Sr., AKA** | **:** | **Judge Mark J. Conway** |
| **James Joseph Hughes, AKA James J.** | **:** | **＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊ ＊** |
| **Hughes, AKA James J. Hughes, Sr.** | | |
| **Ashley Ann Hughes AKA Ashley A.** | | |
| **Hughes, AKA Ashley Hughes** | | |
| | | |
| **Debtor(s)** | | |
| | **:** | |
| | **:** | **Related Document #** |
| | **:** | |
| | **:** | |
| | **:** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Lakeview Loan

Servicing, LLC , its successor and assigns ("Creditor") in the above referenced case. Please send

all notices issued in this case to the undersigned at the address below.

> Respectfully submitted,
>
> /s/ Alyk L. Oflazian
> Alyk L. Oflazian, Esquire (312912)
> Adam B. Hall (323867)
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH 43216-5028
> Telephone: 614-220-5611
> Fax: 614-627-8181
> Attorneys for Creditor
> The case attorney for this file is Alyk L.
> Oflazian.
> Contact email is
> ALOflazian@manleydeas.com

22-008754_PS

**In re:**                  :

                        :   **Case No.: 19-00887**

**James Joseph Hughes, Sr. AKA James**   :   **Chapter 13**

**Hughes, AKA James Hughes, Sr., AKA**   :   **Judge Mark J. Conway**

**James Joseph Hughes, AKA James J.**   :   **\* \* \* \* \* \* \* \* \* \* \* \* \* \***

**Hughes, AKA James J. Hughes, Sr.**

**Ashley Ann Hughes AKA Ashley A.**

**Hughes, AKA Ashley Hughes**


             **Debtor(s)**

                        :

                        :   **Related Document #**

                        :

                        :

                        :

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and

Request for Notices was filed electronically.  Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Jason Paul Provinzano, Attorney for James Joseph Hughes, Sr. AKA James Hughes, AKA
James Hughes, Sr., AKA James Joseph Hughes, AKA James J. Hughes, AKA James J.
Hughes, Sr. and Ashley Ann Hughes AKA Ashley A. Hughes, AKA Ashley Hughes,
MyLawyer@JPPLaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

James Joseph Hughes, Sr. AKA James Hughes, AKA James Hughes, Sr., AKA James Joseph
Hughes, AKA James J. Hughes, AKA James J. Hughes, Sr. and Ashley Ann Hughes AKA
Ashley A. Hughes, AKA Ashley Hughes, 116 Moosic St, Olyphant, PA  18447-1712


                        /s/ Alyk L. Oflazian


22-008754_PS