United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-00887-MJC
James Joseph Hughes, Sr.  Chapter 13
Ashley Ann Hughes
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 27, 2022     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5197018 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5197018 | Email/Text: Bankruptcy@Freedommortgage.com | Apr 27 2022 18:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 James Joseph Hughes Sr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |

| | |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00887-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James Joseph Hughes, Sr.<br>116 Moosic St<br>Olyphant PA 18447-1712 | Ashley Ann Hughes<br>116 Moosic St<br>Olyphant PA 18447-1712 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/26/2022.

Name and Address of Alleged Transferor(s):

Claim No. 11: Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764

Name and Address of Transferee:

Nationstar Mortgage, LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261
Nationstar Mortgage, LLC d/b/a Mr. Coope
PO Box 619094
Dallas, TX 75261

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/29/22

Terrence S. Miller

**CLERK OF THE COURT**