UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES
J. HUGHES, JAMES HUGHES, JAMES
HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY
HUGHES

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-00887-MJC

JAMES JOSEPH HUGHES, SR.
AKA: JAMES J. HUGHES, SR., JAMES
J. HUGHES, JAMES HUGHES, JAMES
HUGHES, SR., JAMES JOSEPH HUGHES
ASHLEY ANN HUGHES
AKA: ASHLEY A. HUGHES, ASHLEY
HUGHES

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 17, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above-named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 17, 2024, the Debtor(s) is/are $1,330.00 in arrears with a plan payment having last been made on November 17, 2023.

In accordance with said stipulation, the case may be dismissed .

Dated: January 17, 2024

Respectfully submitted,

/s/  Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAMES JOSEPH HUGHES, SR.<br>AKA: JAMES J. HUGHES, SR., JAMES J. HUGHES, JAMES HUGHES, JAMES HUGHES, SR., JAMES JOSEPH HUGHES<br>ASHLEY ANN HUGHES<br>AKA: ASHLEY A. HUGHES, ASHLEY HUGHES<br><br>Debtor(s) | CHAPTER 13<br><br>CASE NO: 5-19-00887-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 17, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC16
W NORTHAMPTON STREET
WILKES-BARRE PA  18701-1708

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>
JAMESJOSEPH HUGHES, SR.
ASHLEYANN HUGHES
116 MOOSIC ST
OLYPHANT  PA  18447-1712

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 17, 2024

/s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com