In re:                                                                       Case No. 19-00887-MJC

James Joseph Hughes, Sr.                              Chapter 13

Ashley Ann Hughes

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                           Page 1 of 4

Date Rcvd: Jan 23, 2024                     Form ID: pdf010                         Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Joseph Hughes, Sr., Ashley Ann Hughes, 116 Moosic St, Olyphant, PA 18447-1712 |
| cr | + | NET Federal Credit Union, 119 Mulberry Street, Scratnon, PA 18503-1207 |
| 5168761 | | Hughes Ashley Ann, 116 Moosic St, Olyphant, PA 18447-1712 |
| 5168760 | | Hughes James Joseph Sr, 116 Moosic St, Olyphant, PA 18447-1712 |
| 5168773 | | Net Federal Cu, 119 Mulberry St, Scranton, PA 18503-1207 |
| 5168776 | | Regency Cons Disc Co I, 393 Meridian Ave, Scranton, PA 18504-2630 |
| 5168781 | | Trident Asset Manageme, 53 Perimeter Ctr E, Atlanta, GA 30346-2294 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 18:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2024 18:53:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5194559 | | Email/Text: bnc@atlasacq.com | Jan 23 2024 18:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 5168763 | | Email/Text: bankruptcynotices@aarons.com | Jan 23 2024 18:37:00 | Aaron's, 340 S Washington Ave, Scranton, PA 18505-3815 |
| 5168764 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 18:53:55 | Amer Fst Fin, 7330 W 33rd St N, Wichita, KS 67205-9369 |
| 5197402 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2024 18:53:55 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5168767 | + | Email/Text: documentfiling@lciinc.com | Jan 23 2024 18:37:00 | COMCAST, Comcast Center, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5188604 | + | Email/Text: documentfiling@lciinc.com | Jan 23 2024 18:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5168765 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2024 18:54:18 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5168766 | | Email/Text: bankruptcy@cavps.com | Jan 23 2024 18:37:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 5170398 | + | Email/Text: bankruptcy@cavps.com | Jan 23 2024 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 5168768 | ^ | MEBN | Jan 23 2024 18:37:08 | Community Bank, PO Box 509, Canton, NY 13617-0509 |
| 5168769 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 23 2024 18:53:52 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5168770 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 23 2024 18:37:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 5168771 | | Email/Text: support@ljross.com | Jan 23 2024 18:37:00 | L J Ross Associates In, 4 Universal Way, Jackson, MI 49202-1455 |
| 5168762 | | Email/Text: mylawyer@jpplaw.com | Jan 23 2024 18:37:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5182376 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2024 18:53:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5168772 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2024 18:53:21 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5182594 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2024 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5472059 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 18:37:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5472060 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 18:37:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261, Nationstar Mortgage, LLC d/b/a Mr. Coope, PO Box 619094, Dallas, TX 75261-9094 |
| 5197019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2024 18:53:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5168775 | ^ | MEBN | Jan 23 2024 18:37:12 | PPL, 2 N 9th St, Allentown, PA 18101-1179 |
| 5197528 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2024 18:42:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5186949 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2024 18:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5195072 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 23 2024 18:37:00 | REGENCY FINANCE COMPANY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5168777 | + | Email/Text: bankruptcy@sw-credit.com | Jan 23 2024 18:37:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 5168778 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2024 18:42:16 | Synchrony Bank, 140 Wekiva Springs Rd, Longwood, FL 32779-3604 |
| 5169000 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2024 18:54:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5168779 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2024 18:54:22 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5168780 | | Email/Text: bankruptcydepartment@tsico.com | Jan 23 2024 18:37:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |
| 5168782 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 23 2024 18:37:00 | VERIZON, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5197018 | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5168774 | ## | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alyk L Oflazian | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 James Joseph Hughes Sr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | on behalf of Creditor NET Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| James Joseph Hughes, Sr.<br>aka James Hughes<br>aka James Hughes, Sr.<br>aka James Joseph Hughes<br>aka James J. Hughes<br>aka James J. Hughes, Sr.<br>**Debtor 1** | Chapter: 13<br><br>Case No.: 5:19-bk-00887-MJC |
| Ashley Ann Hughes<br>aka Ashley A. Hughes<br>aka Ashley Hughes<br>**Debtor 2** | |
| Jack N. Zaharopoulos, Trustee<br>vs. **Movant(s)** | |
| James Joseph Hughes, Sr.<br>aka James Hughes<br>aka James Hughes, Sr.<br>aka James Joseph Hughes<br>aka James J. Hughes<br>aka James J. Hughes, Sr.<br>Ashley Ann Hughes<br>aka Ashley A. Hughes<br>aka Ashley Hughes<br>**Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 72, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtors be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 23, 2024