Debtor 1    James Joseph Hughes Sr. aka James Hughes aka James Hughes, Sr. aka James Joseph Hughes aka James J. Hughes aka James J. Hughes, Sr.

Debtor 2    Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   19-00887 RNO

Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no**. (if known):  11

**Last 4 digits** of any number you use to identify the debtor's account: 2764

**Date of payment change:**
Must be at least 21 days after date of this notice                      12/01/2019

**New total payment:**                   **$781.44**
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $271.98                    New escrow payment:    $249.89

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____ New principal and interest payment:  $_____

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: _____

      Current mortgage payment: $_____          New mortgage payment:  $_____

Case 5:19-bk-00887-RNO   Doc    Filed 11/06/19   Entered 11/06/19 19:26:50   Desc
Main Document    Page 1 of 2

Debtor(s)   James Joseph Hughes Sr. aka James Hughes aka James Hughes, Sr. aka
James Joseph Hughes aka James J. Hughes aka James J. Hughes, Sr., and
Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes                    Case number (*if known*) ‗ 19-00887 RNO

First Name          Middle Name          Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖/s/ James C. Warmbrodt_____          Date    11/06/2019_____
Signature

Print:      James C. Warmbrodt_____ _          Title   Attorney for Creditor_____
            First Name          Middle Name          Last Name

Company     KML Law Group, P.C._____

Address     701          Market Street, Suite 5000_____
            Number          Street
            Philadelphia,_____ PA    19106_____
            City                                State    ZIP Code

Contact phone   (215) 627–1322          Email  JWarmbrodt@kmllawgroup.com_____

Case 5:19-bk-00887-RNO   Doc     Filed 11/06/19   Entered 11/06/19 19:26:50   Desc
Main Document     Page 2 of 2