## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes<br>James Joseph Hughes Sr. aka James Hughes aka James Hughes, Sr. aka James Joseph Hughes aka James J. Hughes aka James J. Hughes, Sr.<br>　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　Movant<br>　　　　vs.<br><br>**Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes**<br>**James Joseph Hughes Sr. aka James Hughes aka James Hughes, Sr. aka James Joseph Hughes aka James J. Hughes aka James J. Hughes, Sr.**<br>　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　Trustee | BK NO. 19-00887 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes
116 Moosic Street
Olyphant, PA 18447-1712

James Joseph Hughes Sr. aka James Hughes aka James Hughes, Sr. aka James Joseph Hughes aka James J. Hughes aka James J. Hughes, Sr.
116 Moosic Street
Olyphant, PA 18447-1712

Attorney for Debtor(s)
Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594

bnicholas@kmllawgroup.com